# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIYOSHI ALLEN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1415 |
| | : | |
| **FRANKLIN MINT FEDERAL CREDIT UNION,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of October, 2025, upon consideration of Plaintiff Miyoshi Allen's *pro se* Amended Complaint (ECF No. 12) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and without further leave to amend for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**